U.S. Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON BARNES,<br><br>Defendant. | CASE NO. MJ25-525<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 922(g)(1) |

BEFORE United States Magistrate S. Kate Vaughan, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 6, 2025, in King County, within the Western District of Washington, AARON BARNES, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*i.* Transporting in Interstate Commerce for Purposes of Prostitution in violation of Title 18, United States Code, Section 2421(a) in United States District Court of Oregon from 2019*; and*

*ii.* Unlawful Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1) in United States District Court for the Western District of Washington from 2023.

COMPLAINT/ AARON BARNES - 1
USAO NO. 2025R00922

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in or affecting interstate and foreign commerce, a firearm, that is:

a Taurus .38 special, revolver,

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Diondre Doaks, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I am a Task Force Officer (TFO) duly sworn and employed by the U.S. Department of Justice Federal Bureau of Investigation. I am also a Detective with the Seattle Police Department. I am currently assigned to the Seattle FBI Field Office, located within the Seattle, Washington, field office.

2. I have completed a 21-week Michigan State Police Trooper Recruit School in Lansing, MI, a two-week Washington State Basic Law Enforcement Equivalency Academy in Burien, WA, and a seven-week Post Basic Law Enforcement Academy in Seattle, WA.

3. My initial assignment with the Michigan State Police in 2014 as a sworn trooper included proactive inner-city patrol in support of Detroit, Hamtramck, Harper Woods, and Highland Park Police Departments. I was then promoted to the Detroit Police Department Homicide Task Force as a detective where I exclusively investigated homicides involving three or more victims, officer-involved shootings, homicides involving children under 13, and in-custody deaths for approximately three years. I lateraled to Seattle Police Department (SPD) in January 2019 and was assigned to patrol for approximately one year before being assigned the SPD Community Response Group, a proactive group tasked with addressing recurring community crime concerns. I was

COMPLAINT/ AARON BARNES - 2
USAO NO. 2025R00922

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

promoted to detective within SPD in March of 2022 and am primarily responsible for investigating pattern shootings and firearm-related crimes.

4.    I have received training in complex case investigations from the United States Attorney's Office, advanced interview and interrogation from the Michigan State Police and Federal Law Enforcement Training Center (FLETC), and digital evidence investigations from the National Computer Forensic Institute.

5.    The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other law enforcement officers and agents; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein.  This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

## SUMMARY OF PROBABLE CAUSE

6.    On August 6, 2025, at approximately 1945 hours the Seattle Police Department was conducting undercover surveillance operation in the downtown Seattle Belltown neighborhood due to ongoing complaints of open-air narcotics activities to include selling, buying, and ingesting illegal narcotics.

7.    Seattle Police Officer Marshall #7685 was wearing plain clothing and stationary at the 200 block of Blanchard Street when he noticed who was later positively identified as AARON BARNES conducting suspected hand to hand drug transactions. As a consequence of Detective Marshall's observations, BARNES was arrested at 2011 hours without incident.

8.    During a search of BARNES incident to arrest, Seattle Police officers located suspected crack cocaine in a clear plastic sandwich bag, which field tested

COMPLAINT/ AARON BARNES - 3
USAO NO. 2025R00922

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

positive for the presence of cocaine, and suspected fentanyl powder[1] in a separate sandwich bag. BARNES also had suspected M15 morphine doses in a prescription bottle prescribed to a woman sharing his mother's name. A total of $80 in small denominations of US Currency was seized from BARNES' wallet and on the ground next to him. Inside BARNES' cross-body bag, officers recovered a loaded Taurus .38 special revolver with five rounds of ammunition in the five-round cylinder.

9. I have reviewed the Judgment and Sentence for AARON BARNES which documented that he is a convicted felon and was on federal probation at the time of this incident pursuant to his 2019 United States District of Oregon conviction for Transporting in Interstate Commerce for Purposes of Prostitution in violation of Title 18 United States Code Section 2421(a) and his 2023 United States District Court for the Western District of Washington for Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1) for which he was sentenced thirty-seven months and twenty-four months, respectively. At the time of BARNES' arrest, he was on supervised release with the United States Probation Office. Due to BARNES' status as a convicted felon, he is prohibited under Title 18 United States Code Sections 922(g) from possessing firearms.

10. On August 21, 2025, ATF Special Agent Brian Arnold, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, visually and physical examined the above-described firearm and determined that the revolver was not manufactured in the State of Washington. Based upon his experience, knowledge, and research, it also SA Arnold's opinion that the above-listed revolver meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is SA Arnolds's opinion that, because the above-listed firearm was not manufactured in the State of Washington,

---

[1] The fentanyl powder and morphine had an inconclusive field tests and will be submitted for analysis at a crime laboratory.

COMPLAINT/ AARON BARNES - 4
USAO NO. 2025R00922

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it therefore must have traveled in, and thereby affected, interstate commerce if it were received or possessed in the state of Washington.

### CONCLUSION

11.    Based on the foregoing, I respectfully submit that there is probable cause to believe that AARON BARNES committed the above-referenced offense.

Diondre Doaks, Complainant
Task Force Officer
Federal Bureau of Investigation

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the 25th day of August, 2025.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 25th day of August, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT/ AARON BARNES - 5
USAO NO. 2025R00922

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970